In The



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-08-00408-CR


 _____________________



AARON LEON WALKER, Appellant



V.



THE STATE OF TEXAS, Appellee







On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 98274






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Aaron Leon Walker, to
dismiss his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and joined by counsel of record. No opinion has issued in this appeal. 
The motion is granted, and the appeal is therefore dismissed. 


 APPEAL DISMISSED. 

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered March 4, 2009 

Do not publish


Before McKeithen, C.J., Gaultney and Horton, JJ.